**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (FLW) (LHG) JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN |
| Pamela Lynn Michael, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| v. | Civil Action No.: _____ |
| Johnson & Johnson & Johnson & Johnson Consumer Inc., | DIRECT FILED ACTION |
| Defendants. | |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiff(s) named below file(s) this *Short Form Complaint and Demand for Jury Trial* against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in *Plaintiffs' Master Long Form Complaint* in *In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in *Plaintiffs' Master Long Form Complaint*, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## <u>IDENTIFICATION OF PARTIES</u>

### <u>Identification of Plaintiff(s)</u>

1. Name of individual injured due to the use of talcum powder product(s): <u>Pamela L.</u>

Michael.

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of Texas.

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: N/A.

4. Survival and/or Wrongful Death Claims:

    Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death: N/A.

5. Plaintiff/Decedent was born on July 7, 1952 and died on _____.

6. Plaintiff is filing this case in a representative capacity as the _____ of the _____, having been duly appointed as the _____ by the _____ Court of _____.

7. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

        __X__ injury to herself

        _____ injury to the person represented

        _____ wrongful death

        _____ survivorship action

        __X__ economic loss

        __X__ loss of services

        _____ loss of consortium

        __X__ other: attorneys' fees, prejudgment interest, and costs

**Identification of Defendants**

8. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s) (please check all

that apply)[1]:

        __X__    Johnson & Johnson

        __X__    Johnson & Johnson Consumer Inc.

        _____    Imerys Talc America, Inc. ("Imerys Talc")

        _____    Personal Care Products Council ("PCPC")

**Additional Defendants:**

        _____    Other(s) Defendant(s) (please specify): <u>N/A</u>.

## <u>JURISDICTION & VENUE</u>

## <u>Jurisdiction:</u>

9.      Jurisdiction in this Short Form Complaint is based on:

        __X__    Diversity of Citizenship

        _____    Other (The basis of any additional ground for jurisdiction must be pled in

sufficient detail as required by the applicable Federal Rules of Civil Procedure): <u>N/A</u>.

## <u>Venue:</u>

10.     District Court(s) and Division (if any) in which venue was proper where you might have

otherwise filed this Short Form Complaint absent the direct filing Order entered by this

Court and to where remand could be ordered by the Judicial Panel for trial: <u>Northern</u>

<u>District of Texas, Wichita Falls Division</u>.

## <u>CASE SPECIFIC FACTS</u>

11.     Plaintiff(s) currently reside(s) in (City, State): <u>Wichita Falls, Texas</u>.

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged by the specific
Plaintiff(s) as to whom this *Short Form Complaint* applies, the specific facts supporting these
allegations must be pleaded by the Plaintiff(s) in a manner complying with the requirements of
the Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be
specifically identified on a separate sheet of paper attached to this *Short Form Complaint*.

12. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State): <u>Wichita Falls, Texas</u>.

13. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State) <u>Wichita Falls, Texas</u> on <u>May 6, 2019</u> (date).

14. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: <u>1964</u> and continued the use of talcum powder product(s) through about the following date: <u>2009</u>.

15. The Plaintiff/Decedent purchased talcum powder product(s) in the following (State(s)): <u>Texas</u>.

16. Plaintiff/Decedent used the following talcum powder products:

    <u>  X  </u> Johnson & Johnson's Baby Powder

    <u>         </u> Shower to Shower

## CAUSES OF ACTION

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

18. The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein adopted by reference by Plaintiff(s):

    <u>         </u> Count I: Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

    <u>  X  </u> Count II: Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

    <u>         </u> Count III: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

_X_ Count IV: Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

_X_ Count V: Breach of Express Warranties (Against the Johnson & Johnson Defendants)

_X_ Count VI: Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

_X_ Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

_____ Count VIII:  Negligence (Against Imerys Talc)

_X_ Count IX: Negligence (Against the Johnson & Johnson Defendants)

_____ Count X: Negligence (Against PCPC)

_X_ Count XI: Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

_X_ Count XII: Fraud (Against the Johnson & Johnson Defendants)

_____ Count XIII: Fraud (Against PCPC)

_X_ Count XIV: Violation of State Consumer Protection Laws of the State of Texas (Against the Johnson & Johnson Defendants).

_____ Count XV: Fraudulent Concealment (Against Imerys Talc)

_X_ Count XVI: Fraudulent Concealment (Against the Johnson & Johnson Defendants)

_____ Count XVII: Fraudulent Concealment (Against PCPC)

_X_ Count XVIII: Civil Conspiracy (Against All Defendants)

_____ Count XIX: Loss of Consortium (Against All Defendants)

   X   Count XX: Punitive Damages (Against All Defendants)

   X   Count XXI: Discovery Rule and Tolling (Against All Defendants)

        Count XXII: Wrongful Death (Against All Defendants)

        Count XXIII: Survival Action (Against All Defendants)

        Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above. If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure. <u>N/A</u>.

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

<u>**JURY DEMAND**</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: <u>January 17, 2020</u>

Respectfully Submitted by,

MCGOWAN, HOOD & FELDER, LLC

*s/ James L. Ward, Jr.*

James L. Ward, Jr.
Fed. ID No. 6956
321 Wingo Way, Suite 103
Mt. Pleasant, SC 29464
Phone: 843-388-7202
jward@mcgowanhood.com

S. Randall Hood
Fed. ID No. 6103
1539 Health Care Drive
Rock Hill, SC 29732
Phone: 803-327-7800
rhood@mcgowanhood.com

John Gressette Felder, Jr.
Fed. ID No. 6441
1517 Hampton Street
Columbia, SC 29201
Phone: 803-779-0100
jfelder@mcgowanhood.com

**Counsel for Plaintiff**